UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number 08-22487 JHW

Debtor: Zachary R. & Nicole Ewan

| Check Number | Creditor | Amount |
|---|---|---|
| 1676007 | Wells Fargo Bank, N.A. | 3,278.77 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 6, 2010